UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   25-20833-CIV-ALTONAGA/Reid

JESUS GONZALEZ,

　　　　Plaintiff,

v.

ANANDA ENTITIES LLC,

　　　　Defendant.

_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon Plaintiff, Jesus Gonzalez's Motion for Extension of Time [ECF No. 11] to file a motion for default judgment.  Plaintiff requests an extension of time to file his default judgment motion to allow him to contact Defendant to try to reach a resolution of this matter.   (*See id.* ¶ 4).   To conserve the parties' and judicial resources, it is **ORDERED AND ADJUDGED** as follows:

1.   The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2.   If the parties fail to complete the expected settlement, either party may, by motion, request the Court to reopen the case within sixty (60) days of the date of this Order; any such motion must be accompanied by a proposed joint scheduling report.

3.   The Clerk shall **CLOSE** this case for administrative purposes only.   Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of April, 2025.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:　　counsel of record