UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20833-CIV-ALTONAGA/Reid

**JESUS GONZALEZ**,

    Plaintiff,
v.

**ANANDA ENTITIES LLC**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On April 22, 2025, the Court entered an Administrative Order Closing Case [ECF No. 12], setting a 60-day deadline for the parties to file a stipulation of dismissal or a motion to reopen the case. To date, no stipulation of dismissal or motion to reopen has been filed, nor have the parties requested additional time to comply.

Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 24th day of June, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record